IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KATALINA PARRISH,

Plaintiff,

v.                                                                No. 1:25-cv-00751-DHU-LF

USAA CASUALTY INSURANCE COMPANY,

Defendant.

### ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT

The parties have reached a negotiated resolution in this matter.

IT IS THEREFORE ORDERED that closing documents must be filed no later than

**Thursday, July 30, 2026**, absent a written motion showing good cause for an extension.

_____
Laura Fashing
United States Magistrate Judge